Date of Arrest: **03/25**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br>Jose Alexander NUNEZ-Rosales<br>AKA: None Known<br>088172425<br>YOB: 1984<br>Citizen of: Honduras<br>Defendant | Magistrate Case No. 22-1455 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about March 25, 2022 Defendant Jose Alexander NUNEZ-Rosales, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Honduras through the port of Houston, Texas, on or about April 10, 2018. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA William Rubens*
*SAD for WBR*

Signature of Complainant
Sergio Mora
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____March 28, 2022_____   at   _____Yuma, Arizona_____
Date                                        City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Jose Alexander NUNEZ-Rosales
AKA: None Known
088172425

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about March 25, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Laredo, Texas on or about February 15, 2007. The Defendant has been removed on two previous occasions. The Defendant was most recently removed on or about April 10, 2018, through the port of Houston, Texas, subsequent to a conviction in a Superior Court, State of Texas, County of Harris, on or about March 21, 2018, for the crime of Possession of Controlled Substance PG 1 Less than 1G, a felony.

Agents determined that on or about March 25, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Richard Hiller, Catherine Montes, and Christopher Belleza.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Jaob Bearon.

*Michelle Hernandez*
Signature of Complainant

Sworn to before me and subscribed telephonically,

___March 28, 2022___
Date

Signature of Judicial Officer

## *Probable Cause Statement*

*I, Border Patrol Agent Sergio Mora, declare under penalty of perjury, the following is true and correct:*

| | |
|---|---|
| Defendant: | **Jose Alexander NUNEZ-Rosales** |
| Dependents: | None |

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on two (2) previous occasions. The Defendant has been removed a total of two (2) times.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 02/15/2007 | Laredo, Texas | Illegal Entry | Ordered Removed from the US (Agency) (ER) |
| 03/21/2018 | Houston, Texas | Possession of Controlled Substance PG 1 Less than 1G | 8 Months Confinement |
| 04/10/2018 | Houston, Texaas | Illegal Entry and Possession of Controlled Substance PG 1 Less than 1G | Removed from the US (Agency) (REIN) |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about March 25, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Laredo, Texas on or about February 15, 2007. The Defendant has been removed on two previous occasions. The Defendant was most recently removed on or about April 10, 2018, through the port of Houston, Texas, subsequent to a conviction in a Superior Court, State of Texas, County of Harris, on or about March 21, 2018, for the crime of Possession of Controlled Substance PG 1 Less than 1G, a felony.

Agents determined that on or about March 25, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

**Executed on:** *March 27, 2022*    **Time:** *06:47 AM MST*

**Signed:** *Sergio Mora, Border Patrol Agent*